# MEMORANDUM DECISIONS.

[Criminal No. 282.   Filed April 2, 1910.]

[108 Pac. 1134.]

JESSE R. PEARCE, Defendant and Appellant, v. TERRI-
TORY OF ARIZONA, Respondent.

APPEAL from a judgment of the District Court of the
Third Judicial District, in and for Maricopa County.   Ed-
ward Kent, Judge.   Affirmed.

PER CURIAM.—Appellant was convicted of murder of
the second degree, and appeals.   He has made no appearance
by counsel, but, as required by the statute, we have carefully
examined the record.   We find no error therein, and there-
fore affirm the judgment of the district court.

KENT, C. J., not sitting.